JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| LUNXIU CHEN,<br>Petitioner,<br>v.<br>WARDEN, et al,<br>Respondents. | Case No. 5:26-cv-05887-DFM<br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall forthwith release Petitioner Lunxiu Chen (A# 242-183-317) on the conditions of release, if any, in effect immediately before his September 24, 2026 detention. All other requests for relief in the Petition are denied. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 14, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge